Dennis P. Conner
Keith D. Marr
CONNER & MARR, PLLP
P.O. Box 3028
520 Third Avenue North
Great Falls, MT 59403-3028
Telephone: (406) 727-3550
Facsimile: (406) 727-1640
dennis@connermarr.com
keith@connermarr.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

_____x
                                :
BREANNE WALDEN, DANIELLE        :
DESCHENES AZURE, JESSICA        :   Case No. CV 13-222-M-DLC
BLACKWEASEL, SABRINA REMUS      :
COYNE, BRITTANY DEAN, JENNIFER  :
DEMENT, DANIELLE DUNCAN, JACKIE :   **NOTICE AND**
GREAVU, BETH HAYES, JANA HEILIG,:   **ACKNOWLEDGEMENT OF**
KEALLIE LIETZ, JACKIE MULLENNAX,:   **RECEIPT OF SUMMONS**
SARA ONSAGER, ANNA RADFORD,     :   **AND COMPLAINT**
BARBARA SLOAN, MOLLY STILSON,   :
and KYRA TILSON, Individually and as :
Assignees of DB&D, LLC (d/b/a DAHL'S :
COLLEGE OF BEAUTY),             :
                                :
              Plaintiffs,       :
                                :
-against-                       :
                                :
MARYLAND CASUALTY COMPANY,      :
and DOES 1-5, inclusive,        :
                                :
              Defendants.       :
                                :
_____x

TO: THE INSURANCE COMMISSIONER FOR THE STATE OF MONTANA, 840 Helena Avenue, Helena, MT 59601, as Agent for Service of Process for MARYLAND CASUALTY COMPANY.

Enclosed are duplicate copies of the Complaint and Summons in this matter. Pursuant to Rule 4 of the Federal Rules of Civil Procedure and § 33-1-Part 6 of the Montana Code Annotated, please promptly forward the required legal documents to the above Defendant by certified or registered mail.

Please promptly complete the acknowledgment part of the form and return the completed form to our office.

The Defendant on whose behalf you are being served shall have thirty (30) days, exclusive of the date of mailing, within which to appear, answer, or plead after the Montana Insurance Commissioner's office has mailed copies of the appropriate documents to the Defendant. The date of mailing is not included in the 30 days.

If Defendant fails to answer the complaint within the foregoing thirty (30) day period, judgment by default will be taken against it for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on November 1, 2013.

DATED this 1st day of November, 2013.

                         CONNER & MARR, PLLP

By: _____/s/ Keith D. Marr_____
       Keith D. Marr
       P.O. Box 3028
       520 Third Avenue North
       Great Falls, MT 59403-3028
       Phone: (406) 727-3550
       Fax: (406) 727-1640
       keith@connermarr.com
       ATTORNEYS FOR PLAINTIFFS

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I, the Commissioner of Insurance for the State of Montana, or her deputy or other person in charge of her office during her absence, received duplicate copies of the Summons and Complaint in the above-captioned matter at  St Auditors Office - 840 Helena Ave - Helena MT . Further, I declare that I have authority to accept service of process in this matter on behalf of MARYLAND CASAULTY COMPANY.

_____
Signature  Jesse L Aslovich

Relationship to Entity/Authority to Receive Service of Process

11/7/2013
_____
Date of Signature

4