IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

MAY 0 4 2018

Clerk, U.S District Court
District Of Montana
Missoula

BREANNE WALDEN, DANIELLE
DESCHENES AZURE, JESSICA
BLACKWEASEL, SABRINA
REMUS COYNE, BRITTANY
DEAN, JENNIFER DEMENT,
DANIELLE DUNCAN, JACKIE
GREAVU, BETH HAYES, JANA
HEILIG, KEALLIE LIETZ, JACKIE
MULLENNAX, SARA ONSAGER,
ANNA RADFORD, BARBARA
SLOAN, MOLLY STILSON, and
KYRA TILSON, Individually and as
Assignees of DB&D, LLC (d/b/a
DAHL'S COLLEGE OF BEAUTY),

Plaintiffs,

vs.

MARYLAND CASUALTY
COMPANY, and DOES 1-5, inclusive,

Defendants.

CV 13-222-M-DLC

ORDER

Before the Court is Defendant Maryland Casualty Company's ("Maryland") Motion to Strike Plaintiffs' Response to Defendant Maryland Casualty Company's Brief Identifying Remaining Issues. (Doc. 126.) The Court has ruled on all the pending motions in this case. Therefore, this motion is moot.

Accordingly, IT IS ORDERED that Maryland's Motion (Doc. 126) is DENIED AS MOOT.

DATED this 4th day of May, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court