IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED

JUL 09 2018

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| BREANNE WALDEN, DANIELLE DESCHENES AZURE, JESSICA BLACKWEASEL, SABRINA REMUS COYNE, BRITTANY DEAN, JENNIFER DEMENT, DANIELLE DUNCAN, JACKIE GREAVU, BETH HAYES, JANA HEILIG, KEALLIE LIETZ, JACKIE MULLENNAX, SARA ONSAGER, ANNA RADFORD, BARBARA SLOAN, MOLLY STILSON, and KYRA TILSON, Individually and as Assignees of DB&D, LLC (d/b/a DAHL'S COLLEGE OF BEAUTY), <br><br> Plaintiffs, <br><br> vs. <br><br> MARYLAND CASUALTY COMPANY, and DOES 1-5, inclusive, <br><br> Defendants. | CV 13-222-M-DLC <br><br> ORDER |

Pursuant to defendant Maryland Casualty Company's Motion For Leave to File Under Seal, with no objections, and finding good cause,

IT IS ORDERED that the Motion (Doc. 162) is GRANTED. Defendant Maryland Casualty Company may file said exhibits 1, 2, 3, 4, and 6 under seal.

-1-

DATED this 9th day of July, 2018.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief District Judge
United States District Court