IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| BREANNE WALDEN, DANIELLE DESCHENES AZURE, JESSICA BLACKWEASEL, SABRINA REMUS COYNE, BRITTANY DEAN, JENNIFER DEMENT, DANIELLE DUNCAN, JACKIE GREAVU, BETH HAYES, JANA HEILIG, KEALLIE LIETZ, JACKIE MULLENNAX, SARA ONSAGER, ANNA RADFORD, BARBARA SLOAN, MOLLY STILSON, and KYRA TILSON, Individually and as Assignees of DB&D, LLC (d/b/a DAHL'S COLLEGE OF BEAUTY), Plaintiffs, vs. MARYLAND CASUALTY COMPANY, and DOES 1-5, inclusive, Defendants. | CV 13–222–M–DLC  ORDER |

The Court notes that it has not yet received the Defendant's will-call witness and will-offer exhibit lists. The Local Rules require each party to attach these lists to the final pretrial order, which, as the Defendant is aware, was due and filed on January 10, 2019. D. Mont. L.R. 16.4(d) & (e). The Court will not allow the

-1-

Defendant to call witnesses or offer exhibits from its may-call and may-offer exhibits absent a showing of good cause. At this juncture, then, the Defendant does not have a clear right to call any witnesses or offer exhibits.

Accordingly, IT IS ORDERED that the Defendant shall file its will-call witness and will-offer exhibit lists before the Final Pretrial Conference, which will be held January 17, 2019 at 2:30 p.m. in the Russell Smith Courthouse in Missoula, Montana. Failure to do so may result in the Defendant's inability to call witnesses or offer exhibits at trial.

DATED this 16th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court