IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BREANNE WALDEN, DANIELLE DESCHENES AZURE, JESSICA BLACKWEASEL, SABRINA REMUS COYNE, BRITTANY DEAN, JENNIFER DEMENT, DANIELLE DUNCAN, JACKIE GREAVU, BETH HAYES, JANA HEILIG, KEALLIE LIETZ, JACKIE MULLENNAX, SARA ONSAGER, ANNA RADFORD, BARBARA SLOAN, MOLLY STILSON, and KYRA TILSON, Individually and as Assignees of DB&D, LLC (d/b/a DAHL'S COLLEGE OF BEAUTY),<br><br>Plaintiffs,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY, and DOES 1-5, inclusive,<br><br>Defendants. | CV 13–222–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 192.) The parties agree that this case may be dismissed with prejudice as fully settled on its merits.

-1-

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 19th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court